UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael F. Burkhart, Chapter 7 Trustee, <br><br>        Plaintiff, <br><br>  v. <br><br>Amitesh Maharaj, <br><br>        Defendant. | Case No. 2:13-cv-2298 JAM <br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Amitesh Maharaj

Date: November 20, 2013                         MARIANNE MATHERLY, CLERK

                                                                                      By: /s/ C. Manzer <br>
                                                                                      Deputy Clerk