# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>VINCENT THAKUR SINGH, dba PERFECT FINANCIAL GROUP, INC., dba AAMCO STOCKTON, INC., dba AAMCO ORANGEVALE, INC., fdba ACCEPTANCE CAPITAL, fdba PERFECT MORTGAGE and MALANIE GAY SINGH<br><br>               Debtors.<br>_____<br><br>MICHAEL F. BURKART, CHAPTER 7 TRUSTEE<br><br>               Plaintiff<br><br>v.<br><br>AMITESH MAHARAJ<br>               Defendant<br>_____ | Case No.:  2:13-CV-02298-JAM<br><br>Bankruptcy Case No.:  10-42050-D-7<br><br>Adv. Pro. No.:  12-2477-D<br><br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/20/2013.  PLAINTIFF SHALL RECOVER FROM DEFENDANT THE SUM OF $11,850.00.**

**Marianne Matherly**
Clerk of Court

DATED: April 23, 2014

/s/ J. Donati
by: _____
J. Donati,      Deputy Clerk

- 1